UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AHMAD MUKHTAR QAUMI,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, *et al.*,<br><br>Respondents. | No. 1:25-cv-13802-IT |

**RESPONDENTS' STATUS REPORT**

Respondents, by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, submit this status report regarding Petitioner's bond hearing. *See* ECF Nos. 9, 13. On December 22, 2025, the Immigration Judge conducted a bond hearing under 8 U.S.C. § 1226(a) and granted release on a monetary bond of $5,000. *See* ECF No. 10-1. The Petitioner paid the monetary bond and was released from U.S. Immigration and Customs Enforcement custody on December 24, 2025. Accordingly, Respondents respectfully request this Court dismiss this action as the petition has been granted and the relief ordered by this Court provided.

Dated: September 2, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Erica McMahon*
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3271
Email: Erica.McMahon@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Erica McMahon, Special Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: September 2, 2026

By: */s/ Erica McMahon*
Special Assistant United States Attorney